IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

_____

**HARVEY EUGENE LARSON**,                    Case No. 2:06-CV-01794 ODW

       Plaintiff,

  vs.                                                                    **ORDER OF DISMISSAL**

**WARDEN RUNNELS**, et al,

       Defendants.

_____

     Plaintiff, a state prisoner proceeding pro se, has purported to file a civil rights action seeking relief under 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 1915A "[t]he court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee or a governmental entity."

     On or about October 29, 2008 an amended complaint was filed (Docket No.8.)  Under heading IV, Statement of Claim plaintiff alleges that "HDSP

denied Plaintiff his right to his quarterly package by fraudulently misinforming plaintiff that 'the package is not in the warehouse.'" It is also alleged that the "4th quarter package is insured and has confirmation number." (Doc #8, page 4 of 6.)

Plaintiff fails to allege a violation or denial of his constitutional rights. He certainly fails to allege a violation of his rights by state officials or employees. By his own admission he is unable to know who "stole his package." Indeed, he has no way of knowing if indeed a package was in fact stolen or sent to him, and if so, where in the stream of commerce the package may have been waylaid. It may very well be that the package never arrived at the prison but was mishandled and lost earlier in the transmittal from his mother to the delivery service.

The Amended Complaint fails to demonstrate plaintiff's right to recover anything from the defendant and it is therefore dismissed without prejudice. Plaintiff shall have 30 days from the date of this order to file a new amended complaint. Failure to file an amended complaint will result in a dismissal of this action.

DATED: October 23, 2009  _____

OTIS D. WRIGHT, DISTRICT JUDGE